FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0632

**DA 24-0632**

# IN THE SUPREME COURT OF THE STATE OF MONTANA

RUSSELL WADDELL AND CASEY MAGAN,

Appellants and Plaintiffs,

v.

PAUL STUDER AND RACHAEL STUDER, AND
THE SUMMER RIDGE HOMEOWNERS ASSOCIATION,
A MONTANA NON-PROFIT CORPORATION,

Appellees and Defendants.

## ORDER GRANTING TRANSFER OF TRANSCRIPTS

On Appeal from the Eighteenth Judicial District Court,
Gallatin County, Montana
Cause No. DV-20-1267A
Honorable Peter B. Ohman

Upon review of Appellants' unopposed motion to transfer transcripts from Appeal

DA 23-0361 to the current Appeal DA 24-0632, and for good cause appearing,

IT IS HEREBY ORDERED that the Clerk shall transfer all transcripts filed in DA

DA 23-0361 (dated 12/04/2020, 08/25/2021, 11/23/2021, 03/28/2022, 06/13/2022, and

03/23/2023) and transfer them to the current file in DA 24-0632.

Dated this _____ day of November, 2024.

1

_____

Chief Justice

_____

_____

_____

_____

Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024